No. 2439.—J. B. MICHOUD v. CHARLES NOLAN.

| 24 | 117 |
| 115 | 489 |

A claim for damages which is made in a suit to enjoin the sale of property on the ground that the seizure was illegal, unsupported by evidence on the trial, will not be considered in estimating the amount necessary to give the appellate court jurisdiction of the appeal.

APPEAL from the Sixth District Court, parish of Orleans. *Cooley, J. E. Guillet*, for plaintiff and appellant. *Sambola & Ducros* for defendant and appellee.

TALIAFERRO, J. The defendant, Nolan, having obtained judgment in the year 1869, in the Seventh District Court, of the parish of Orleans, against the plaintiff and others for costs in a certain suit then pending in that court, issued execution, and the sheriff seized several lots of ground belonging to the defendant in that suit. The defendant, who is plaintiff in this case, obtained from the Sixth District Court, of the parish of Orleans, a writ of injunction to restrain the sheriff from selling the property seized, alleging informalities in the proceeeding, and claiming one thousand dollars damages. The defendant in this injunction suit filed an exception to the injunction of the Sixth District Court, and also took a rule on the same ground against the plaintiff to dissolve the injunction. A judgment was rendered both on the rule and on the exception, making the former absolute and sustaining the latter, giving the defendant judgment dissolving the injunction with five per cent. damages *in solido* against the plaintiff and his surety on the injunction bond. From each judgment the plaintiff appeals.

We are unable to find anything in the record which authorizes this court to take jurisdiction of this case. The amount for which execu-

tion issued is one hundred and sixty-one dollars and sixty cents, clerk's costs, and for sheriff's costs besides, the amount not being specified.

We consider the claim of the plaintiff in injunction for one thousand dollars damages as unfounded, and made with the view of obtaining an appeal to this court. No effort was made to prove that damages had been sustained by the issuing of injunction.

It is therefore ordered, that the appeals taken in this case be dismissed.

Rehearing refused.